OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

First Circuit                                                              District of New Hampshire

**SUMMONS IN A CIVIL ACTION**

VENISE THERESA GONYA, as representative
of the Estate of Joseph E. Gonya, deceased
individually and on behalf of all others similarly      CASE NUMBER: C.04-221-M
situated,; ROXANNE S. SCAIFE, as
representative of the Estate of Arnold L. Stone,
deceased, individually and on behalf of all others
similarly situated,

                    Plaintiffs,

    v.

ROGER A. SEVIGNY, Commissioner of the
State of New Hampshire Insurance Department,
in his official capacity as Insurance Commissioner
and liquidator of The Home Insurance Company;
PETER W. HEED, Attorney General of New
Hampshire, in his official capacity,

**with ECF Notice and
Motion for Preliminary Injunction
attached**

                    Defendants.

    TO: (Name and Address of Defendant)

Peter W. Heed, Attorney General
State of New Hampshire Office of the
    Attorney General
33 Capitol Street
Concord, New Hampshire 03301-6397

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY
(name and address)

Thomas R. Watson, Esq.
Jennifer A. Lemire, Esq.
Watson & Lemire, P.A.
P.O. Box 469
Portsmouth, New Hampshire 03802-0469
(603) 436-7667

an answer to the complaint which is served on you with this summons, within twenty (20) jeb days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____   DATE  June 15, 2004

(By) DEPUTY CLERK _____

Return of Service

MERRIMACK, SS　　　　　　　　　　　　　DATE: 07/13/2004

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

I, DEPUTY JAMES CAMPBELL, made service of the within Summons and Complaint upon PETER W. HEED BY SERVING REPLACEMENT ATTORNEY GENERAL, KELLY AYOTTE, by leaving at the Office with Kristen Spath, on this date at 11:47 AM.

FEES:

Service:　　15.00
Misc:
　Postage　　1.00
　Travel:　　2.00

TOTAL:　　　18.00

_____ Deputy Sheriff
DEPUTY JAMES CAMPBELL
Merrimack County Sheriff's Office