UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Venise Theresa Gonya, et al.</u>

   v.         Civil No.   04-221-SM

**Robert A. Sevigny, Commissioner,**
<u>New Hampshire Insurance Department, et al.</u>

## O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review the request for injunctive relief submitted by Plaintiffs and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.

July 13, 2004

                Steven J. McAuliffe
                United States District Judge

cc: Jennifer A. Lemire, Esq.
   Thomas R. Watson, Esq.