UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VENISE THERESA GONYA, as representative of the Estate of Joseph E. Gonya, deceased individually and on behalf of all others similarly situated,; ROXANNE S. SCAIFE, as representative of the Estate of Arnold L. Stone, deceased, individually and on behalf of all others similarly situated,<br><br>                                                    Plaintiffs,<br><br>vs.<br><br>ROGER A. SEVIGNY, Commissioner of the State of New Hampshire Insurance Department, in his official capacity as Insurance Commissioner and liquidator of The Home Insurance Company; PETER W. HEED, Attorney General of New Hampshire, in his official capacity,<br><br>                                                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.:    C.04-221-M ) ) [CLASS ACTION] ) ) ) ) ) ) ) ) ) ) ) |

## ACCEPTANCE OF SERVICE

I, Suzanne M. Gorman, Esq., Sr. Assistant Attorney General, being duly authorized, hereby accept service of the Summons in a Civil Action with ECF Notice and Complaint for Declaratory and Injunctive Relief on behalf of Defendant Roger A. Sevigny, Commissioner of the State of New Hampshire Insurance Department, in the above-entitled matter. In doing so, Respondent waives all defenses relating to insufficiency of process and service of process.

Respectfully submitted,

Dated: July 23, 2004

_[signature]_
By: Suzanne M. Gorman, Esq.
Attorney General's Office
33 Capital Street
Concord, NH 03301
(603) 271-3658