UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VENISE THERESA GONYA, as representative of the Estate of Joseph E. Gonya, deceased individually and on behalf of all others similarly situated,; ROXANNE S. SCAIFE, as representative of the Estate of Arnold L. Stone, deceased, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ROGER A. SEVIGNY, Commissioner of the State of New Hampshire Insurance Department, in his official capacity as Insurance Commissioner and liquidator of The Home Insurance Company; PETER W. HEED, Attorney General of New Hampshire, in his official capacity, <br><br> Defendants. | CIVIL ACTION NO. C-04-221-M <br><br> AFFIDAVIT OF STEPHEN BLACKBURN ADMISSION FOR *PRO HAC VICE* |

Stephen Blackburn, Esquire, after being duly sworn, hereby deposes and says:

1. This affidavit is submitted in support of plaintiff's motion to have Stephen Blackburn and Alan Rich admitted *pro hac vice* for the purpose of acting as co-counsel for plaintiffs in the within action.

2. My name is Stephen Blackburn and I am an attorney with the law firm of Baron & Budd, P.C., 3102 Oaklawn Avenue, Suite 1100, Dallas, Texas 75219-4281. My telephone number is 214-521-3605.

3. I am an attorney duly admitted and licensed to practice law in the state of Texas, where I was admitted on May 4, 2004. I am also admitted to the bar of the United States District Court for the Northern District of Texas, where I was admitted on July 7, 2004.