4. I am a member in good standing and eligible to practice law in Texas and before the bars of the above listed courts.

5. I am not currently suspended or disbarred in any jurisdiction, nor are there any disciplinary proceedings pending against me in any jurisdiction.

6. I believe the foregoing statements are true to the best of my knowledge and belief.

Dated: July 15, 2004

_____
Stephen Blackburn

STATE OF TEXAS
COUNTY OF DALLAS

Sworn to and subscribed before me this 15th day of July, 2004.

_____
Notary Public
My commission expires:

BARBARA EMMETT
Notary Public, State of Texas
My Commission Expires
APRIL 29, 2005