Court, where I was admitted on May 15, 1989; the United States Courts of Appeal for the Third Circuit, where I was admitted on January 6, 2000; United States Courts of Appeal for the Fifth Circuit, where I was admitted on May 10, 1985; the United States Courts of Appeal for the Ninth Circuit, where I was admitted on January 14, 2003; the United States District Courts for the Northern District of Texas, where I was admitted on November 21, 1984; the Southern District of Texas, where I was admitted on November 15, 1989; the Eastern District of Texas, where I was admitted on March 23, 1993; the Western District of Texas, where I was admitted on September 26, 1991; and the Northern District of Illinois, where I was admitted on June 18, 1990. I am also admitted to the bar of the United States Tax Court, where I was admitted on June 19, 1989 and United States Court of Federal Claims, where I was admitted on April 22, 1998.

4. I am a member in good standing and eligible to practice law in Texas and Illinois and before the bars of the above listed courts.

5. I am not currently suspended or disbarred in any jurisdiction, nor are there any disciplinary proceedings pending against me in any jurisdiction.

6. I have specialized skills and knowledge helpful to the resolution of this case.

7. I believe the foregoing statements are true to the best of my knowledge and belief.

Dated: July 15, 2004

_____
Alan Rich

STATE OF TEXAS
COUNTY OF DALLAS

Sworn to and subscribed before me this 15th day of July, 2004.

_____
Notary Public
My commission expires:

BARBARA EMMETT
Notary Public, State of Texas
My Commission Expires
APRIL 29, 2005