```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF NEW HAMPSHIRE

                                                    MAY 2 4 2005
UNITED STATES DISTRICT COURT FOR THE
       DISTRICT OF NEW HAMPSHIRE                    FILED
```

<u>Venise Theresa Gonya, et al.</u>

          v.                                    Case No. 04-cv-221-SM

<u>NH Insurance Department, Commissioner, et al.</u>

### O R D E R

This case has been stayed since August 6, 2004, pending resolution of parallel litigation in the New Hampshire State Courts. This case shall be administratively closed while the stay is in effect. It is therefore ordered that the counsel for the plaintiffs shall file a status report on January 1 and July 1 of each year until the issues are resolved. The Court should, of course, immediately be notified upon ultimate resolution of the issues.

SO ORDERED.

May 24, 2005

                                              Steven J. McAuliffe
                                              Chief District Judge

cc:    Jennifer A. Lemire, Esq.
        Thomas R. Watson, Esq.
        Alan Rich, Esq.
        Stephen Blackburn, Esq.
        Daniel J. Mullen, Esq.