UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VENISE THERESA GONYA, as representative of the Estate of Joseph E. Gonya, deceased individually and on behalf of all others similarly situated,; ROXANNE S. SCAIFE, as representative of the Estate of Arnold L. Stone, deceased, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. C-04-221-SM |
| Plaintiffs, | STATUS REPORT |
| vs. | |
| ROGER A. SEVIGNY, Commissioner of the State of New Hampshire Insurance Department, in his official capacity as Insurance Commissioner and liquidator of The Home Insurance Company, | [CLASS ACTION] |
| Defendant. | |

NOW COME Venise Theresa Gonya and Roxane S. Scaife, plaintiffs in the above-entitled matter, by and through their attorneys, Watson & Lemire, P.A., to apprise this Court of the status of the parallel proceedings in the Merrimack County Superior Court in the related matter of Gonya, et al. v. Sevigny, Docket No. 04-E-0208, pursuant to this Court's Order dated May 24, 2005.

1. The plaintiffs' last Status Report was filed on March 1, 2005. On that date, the plaintiffs filed a Rule 7 Notice of Mandatory Appeal with the New Hampshire Supreme Court relative to Judge McGuire's order granting Defendant's Motion for Summary Judgment and denying Plaintiffs' Cross-Motion for Summary Judgment.

2. On July 1, 2005 the New Hampshire Supreme Court issued an Order setting forth a briefing schedule for the appeal. Pursuant to that Order, plaintiffs' brief is to be filed by August 1, 2005 and defendant's brief or memorandum of law is to be filed by August 31, 2005.

Dated: July 6, 2005

Respectfully submitted,
Venice Theresa Gonya and
Roxanne S. Scaife, Plaintiffs
By their attorneys
WATSON & LEMIRE, P.A.

By: */s/ Jennifer A. Lemire*
    Jennifer A. Lemire, Esq. NH Bar #11316
    Thomas R. Watson, Esq. NH Bar #2670
    75 Congress Street, Suite 211
    Portsmouth, NH  03801
    Telephone: (603) 436-7667
    twatson@watsonlemire.com
    jlemire@watsonlemire.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Status Report was on this date served on Daniel J. Mullen, Esquire, Associate Attorney General, counsel for Defendants, by Electronic Case Filing.

Dated: July 6, 2005

*/s/ Jennifer A. Lemire*
Jennifer A. Lemire, Esq.