UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| VENISE THERESA GONYA, as representative | ) | |
| of the Estate of Joseph E. Gonya, deceased | ) | |
| individually and on behalf of all others similarly | ) | |
| situated,; ROXANNE S. SCAIFE, as | ) | |
| representative of the Estate of Arnold L. Stone, | ) | |
| deceased, individually and on behalf of all others | ) | |
| similarly situated, | ) | CIVIL ACTION NO. C-04-221-SM |
| | ) | |
| | ) | |
| Plaintiffs, | ) | STATUS REPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| ROGER A. SEVIGNY, Commissioner of the | ) | [CLASS ACTION] |
| State of New Hampshire Insurance Department, | ) | |
| in his official capacity as Insurance Commissioner | ) | |
| and liquidator of The Home Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COME Venise Theresa Gonya and Roxane S. Scaife, plaintiffs in the above-entitled matter, by and through their attorneys, Wiggin & Nourie, P.A., to apprise this Court of the status of the parallel proceedings in the related matter of <u>Venice Theresa Gonya, et al. v. Commissioner, NH Insurance Department</u>, Merrimack County Superior Court, Docket No. 04-E-0208, and New Hampshire Supreme Court Case No. 2005-0170, pursuant to this Court's Order dated May 24, 2005.

1.     The plaintiffs' last Status Report was filed on July 6, 2005.  On that date, the plaintiffs advised the Court that the New Hampshire Supreme Court had accepted their appeal and issued an order setting forth a briefing schedule.

2.      Since the last Status Report, the parties have submitted their briefs and by notice
dated December 9, 2005, the case has been scheduled for oral argument on
January 19, 2006.


Dated:  December 29, 2005                         Respectfully submitted,
                                                 Venice Theresa Gonya and
                                                 Roxanne S. Scaife, Plaintiffs
                                                 By their attorneys
                                                 WIGGIN & NOURIE, P.A.



                                                 By:  */s/ Thomas R. Watson*
                                                   Thomas R. Watson, Esq. NH Bar #2670
                                                   75 Congress Street, Suite 211
                                                   Portsmouth, NH  03801
                                                   Telephone: (603) 436-7667
                                                   twatson@wiggin-nourie.com

CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing Status Report was on this date served on
Daniel J. Mullen, Esquire, Associate Attorney General, counsel for defendants, by Electronic
Case Filing.


Dated:  December 29, 2005                         */s/ Thomas R. Watson*
                                                 Thomas R. Watson, Esq.


P0006427.DOC