UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VENISE THERESA GONYA, as representative of the Estate of Joseph E. Gonya, deceased individually and on behalf of all others similarly situated,; ROXANNE S. SCAIFE, as representative of the Estate of Arnold L. Stone, deceased, individually and on behalf of all others similarly situated, <br><br>                        Plaintiffs, <br><br> vs. <br><br> ROGER A. SEVIGNY, Commissioner of the State of New Hampshire Insurance Department, in his official capacity as Insurance Commissioner and liquidator of The Home Insurance Company, <br><br>                        Defendant. | CIVIL ACTION NO. C-04-221-M <br><br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> [CLASS ACTION] |

PLEASE TAKE NOTICE that Plaintiffs Venise Theresa Gonya and Roxane S. Scaife, pursuant to Fed. Rule Civ. P. 41(a)(A), hereby voluntarily and without prejudice dismiss the above-entitled matter which is currently stayed before this Court.

Dated:  May 30, 2006                    Respectfully submitted,

                                        Venice Theresa Gonya and
                                        Roxanne S. Scaife, Plaintiffs
                                        By their attorneys
                                        BARON & BUDD, P.C.


                                        By: */s/ Stephen T. Blackburn*

>Alan Rich, Esq.
>Admitted *Pro Hoc Vice*
>Stephen T. Blackburn, Esq.
>Admitted *Pro Hoc Vice*
>3102 Oak Lawn Avenue, Suite 1100
>Dallas, TX 75219
>Telephone: (214) 521-3605
>arich@baronbudd.com
>sblackbu@baronbudd.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Stay was on this date served on Daniel J. Mullen, Esquire, Associate Attorney General, counsel for Defendants, by Electronic Case Filing.

Dated:  May 30, 2006              */s/ Stephen T. Blackburn*
                                  Stephen T. Blackburn, Esq.