UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VENISE THERESA GONYA, as representative of the Estate of Joseph E. Gonya, deceased individually and on behalf of all others similarly situated,; ROXANNE S. SCAIFE, as representative of the Estate of Arnold L. Stone, deceased, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. C-04-221-M |
| Plaintiffs, | ORDER OF DISMISSAL |
| vs. | |
| ROGER A. SEVIGNY, Commissioner of the State of New Hampshire Insurance Department, in his official capacity as Insurance Commissioner and liquidator of The Home Insurance Company, | [CLASS ACTION] |
| Defendant. | |

The above-captioned case, having been voluntarily noticed for dismissal by Plaintiffs, is hereby dismissed.

Dated:  May 31, 2006

By: ____/s/ Steven J. McAuliffe____
Chief Judge